IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARTHREX, INC. | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C.A. No. 22-cv-00465-CFC |
| | : |
| NATIONAL UNION FIRE INSURANCE | : |
| COMPANY OF PITTSBURGH, PA, and | : |
| FEDERAL INSURANCE COMPANY, | : |
| | : |
| Defendants. | : |

**DEFENDANTS' MOTION TO TRANSFER
PURSUANT TO 28 U.S.C. § 1404(a)**

Defendants National Union Fire Insurance Company of Pittsburgh, Pa. and Federal Insurance Company hereby respectfully move the Court to transfer the above-captioned action to the Middle District of Florida, pursuant to 28 U.S.C. § 1404(a). For the reasons set forth in Defendants' Opening Brief in Support of their Motion to Transfer filed contemporaneously herewith, Defendants respectfully request that the Court grant this Motion to Transfer. A proposed order is also attached to this Motion.

| | |
|---|---|
| HEYMAN ENERIO GATTUSO & HIRZEL LLP | SMITH, KATZENSTEIN & JENKINS LLP |
| */s/ Aaron M. Nelson* | */s/ Robert J. Katzenstein* |
| Kurt M. Heyman (# 3054) | Robert J. Katzenstein (# 378) |
| Aaron M. Nelson (# 5941) | Julie M. O'Dell (#6191) |
| 300 Delaware Ave., Ste 200 | 1000 West Street, Suite 1501 |
| Wilmington DE 19801 | Wilmington, DE 19801 |
| (302) 472-7300 | (302) 652-8400 |
| kheyman@hegh.law | RJK@sklaw.com |
| anelson@hegh.law | *jodell@skjlaw.com* |
| *Attorneys for Defendant National Union Fire Insurance Company of Pittsburgh, Pa.* | *Attorneys for Defendant Federal Insurance Company* |
| OF COUNSEL: | OF COUNSEL: |
| CARLTON FIELDS, P.A. | LLOYD, GRAY, WHITEHEAD & MONROE |
| Steven J. Brodie | Stephen E. Whitehead |
| Aaron S. Weiss | Jennifer W. Wall |
| Daniel G. Enriquez | Mallory S. Hall |
| 2 MiamiCentral | 880 Montclair Road, Suite 100 |
| 700 NW 1st Avenue, Ste 1200 | Birmingham, AL 35213 |
| Miami, FL 33136 | Telephone: 205-967-8822 |
| (305) 530-0050 | Facsimile: 205-967-2380 |
| sbrodie@carltonfields.com | steve@lgwmlaw.com |
| aweiss@carltonfields.com | jwall@lgwmlaw.com |
| denriquez@carltonfields.com | mhall@lgwmlaw.com |

Dated: May 12, 2022