IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARTHREX, INC. | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C.A. No. 22-cv-00465-CFC |
| | : |
| NATIONAL UNION FIRE INSURANCE | : |
| COMPANY OF PITTSBURGH, PA, and | : |
| FEDERAL INSURANCE COMPANY, | : |
| | : |
| Defendants. | : |

# **ORDER**

The Court, having considered Defendants National Union Fire Insurance Company of Pittsburgh, Pa. and Federal Insurance Company's Motion to Transfer ("Motion to Transfer"), as well as the accompanying papers and submissions, hereby finds that Defendants are entitled to transfer the above-captioned action to the Middle District of Florida, pursuant to 28 U.S.C. § 1404(a). It is therefore:

**ORDERED AND ADJUDGED** that Defendants' Motion to Transfer be, and hereby is, **GRANTED**.

**SO ORDERED.**

SIGNED this _____ day of _____, 2022.

_____
United States District Court Judge