IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARTHREX, INC. | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C.A. No. 22-cv-00465-CFC |
| | : |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and FEDERAL INSURANCE COMPANY, | : |
| | : |
| Defendants. | : |

## RULE 7.1.1 STATEMENT

Pursuant to District of Delaware Local Rule 7.1.1, Defendants National Union Fire Insurance Company of Pittsburgh, Pa. and Federal Insurance Company hereby certify that they have engaged in reasonable efforts, including by electronic and telephonic means, to reach agreement with Plaintiff Arthrex, Inc. on the matters set forth in Defendants' Motion to Transfer. The parties were unable to reach agreement.

| | |
|---|---|
| HEYMAN ENERIO GATTUSO & HIRZEL LLP | SMITH, KATZENSTEIN & JENKINS LLP |
| */s/ Aaron M. Nelson* | */s/ Robert J. Katzenstein* |
| Kurt M. Heyman (# 3054) | Robert J. Katzenstein (# 378) |
| Aaron M. Nelson (# 5941) | Julie M. O'Dell (#6191) |
| 300 Delaware Ave., Ste 200 | 1000 West Street, Suite 1501 |
| Wilmington DE 19801 | Wilmington, DE 19801 |
| (302) 472-7300 | (302) 652-8400 |
| kheyman@hegh.law | RJK@skjlaw.com |
| anelson@hegh.law | jodell@skjlaw.com |
| *Attorneys for Defendant National Union Fire Insurance Company of Pittsburgh, Pa.* | *Attorneys for Defendant Federal Insurance Company* |
| OF COUNSEL: | OF COUNSEL: |
| CARLTON FIELDS, P.A. | LLOYD, GRAY, WHITEHEAD & MONROE |
| Steven J. Brodie | Stephen E. Whitehead |
| Aaron S. Weiss | Jennifer W. Wall |
| Daniel G. Enriquez | Mallory S. Hall |
| 2 MiamiCentral | 880 Montclair Road, Suite 100 |
| 700 NW 1st Avenue, Ste 1200 | Birmingham, AL  35213 |
| Miami, FL 33136 | Telephone: 205-967-8822 |
| (305) 530-0050 | Facsimile:  205-967-2380 |
| sbrodie@carltonfields.com | steve@lgwmlaw.com |
| aweiss@carltonfields.com | jwall@lgwmlaw.com |
| denriquez@carltonfields.com | mhall@lgwmlaw.com |

Dated:  May 12, 2022