# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARTHREX, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION. NO: 1:22-cv-00465 |
| | ) CFC |
| NATIONAL UNION FIRE INSURANCE | ) |
| COMPANY OF PITTSBURGH, PA, and | ) JURY TRIAL DEMANDED |
| FEDERAL INSURANCE COMPANY, | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF COMPLIANCE WITH
## TYPEFACE REQUIREMENT AND TYPE-VOLUME LIMITATION

This document complies with the Court's Standing Order Regarding Briefing in all Cases because it contains 4,991 words in 14-point, Times New Roman typeface, excluding cover page, table of contents, and table of authorities, which were counted by Microsoft Word.

**BLANK ROME LLP**

*/s/ Adam V. Orlacchio*
Larry R. Wood, Jr. (No. 3262)
Adam V. Orlacchio (No. 5520)
Anna E. Currier (No. 6271)
James G. Gorman (No. 6284)
1201 N. Market St., Suite 800
Wilmington, DE 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464

        larry.wood@blankrome.com
        adam.orlacchio@blankrome.com
        anna.currier@blankrome.com
        james.gorman@blankrome.com

OF COUNSEL:

Justin F. Lavella (*Pro Hac Vice*)
Alexander H. Berman (*Pro Hac Vice*)
1825 Eye Street, N.W.
Washington, D.C.  20006
Telephone: (202) 420-4834
Facsimile: (202) 379-9046
justin.lavella@blankrome.com
alex.berman@blankrome.com

*Attorneys for Plaintiff Arthrex, Inc.*

Dated: May 26, 2022