# EXHIBIT A3

**National Union Fire Insurance Company of Pittsburgh, Pa.**
1650 Market Street
Suite 3700
Philadelphia, PA 19103
215- 255- 6000
**http://www.aig.com**



May 14, 2019

AMY DUNBAR
AON RISK SERVICES CENTRAL INC
1650 MARKET STREET
SUITE 1000
PHILADELPHIA, PA 19103

RE: **ARTHREX, INC.**

Policy Number: **01- 340- 76- 97**
Product: PrivateEdge Plus
Policy Period: April 26, 2019 - April 26, 2020

Dear AMY

I am happy to deliver to you the original and copy(ies) of the policy and/ or endorsement(s) for the captioned account.

Please visit www.aig.com/business for additional information on AIG products and services.

If you have any questions, please feel free to contact me at the below listed number.

Very truly yours,

DAVID GREENE
Underwriter
215- 255- 6041
 FinancialLines@aig.com

Enc.

1361360

***BRANCH COPY***