# EXHIBIT A4



April 29, 2019

Amy Dunbar
AON RISK SERVICES NORTHEAST, INC.
165 BROADWAY STE 3201
NEW YORK, NY 10006-0000

RE: ARTHREX, INC

Insuring Company: Federal Insurance Company

Dear Amy:

Enclosed is our Directors and Officers Liability Excess Chubb Policy for the above referenced Insured.

I want to thank you for the opportunity to underwrite this account.

Please let me know if I can be of further assistance.

Sincerely,

*Jill A. Calibey*

Jill A Calibey

CHUBB

tfc

Chubb Group Of Insurance Companies    82 Hopmeadow Street    860.408.2000
P.O. Box 2002    Fax 860.408.2002
Simsbury, CT 06070-7683