IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ARTHREX, INC. | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 22-cv-00465-CFC |
| | : | |
| NATIONAL UNION FIRE INSURANCE | : | |
| COMPANY OF PITTSBURGH, PA, and | : | |
| FEDERAL INSURANCE COMPANY, | : | |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF COMPLIANCE WITH
## <u>TYPEFACE REQUIREMENT AND TYPE-VOLUME LIMITATION</u>

This document complies with the Court's Standing Order Regarding Briefing in all Cases because it contains 2,463 words in 14-point, Times New Roman typeface, excluding the cover page, table of contents, and table of authorities, which were counted by Microsoft Word 2013 Professional.

HEYMAN ENERIO
GATTUSO & HIRZEL LLP

*/s/ Aaron M. Nelson*
Kurt M. Heyman (# 3054)
Aaron M. Nelson (# 5941)
300 Delaware Ave., Ste 200
Wilmington DE 19801
(302) 472-7300
kheyman@hegh.law
anelson@hegh.law
*Attorneys for Defendant National Union Fire*
*Insurance Company of Pittsburgh, Pa.*

OF COUNSEL:

CARLTON FIELDS, P.A.
Steven J. Brodie
Aaron S. Weiss
Daniel G. Enriquez
2 MiamiCentral
700 NW 1st Avenue, Ste 1200
Miami, FL 33136
(305) 530-0050
sbrodie@carltonfields.com
aweiss@carltonfields.com
denriquez@carltonfields.com

Dated:  June 2, 2022