IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARTHREX, INC., | |
| Plaintiff, | |
| v. | Civil Action No. 22-00465-CFC |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. and FEDERAL INSURANCE COMPANY, | |
| Defendants. | |

## ORDER

At Wilmington on this Eighth day of November in 2022:

For the reasons set forth in the Memorandum Opinion issued this day, **IT IS HEREBY ORDERED** that that Defendants' Motion to Transfer Pursuant To 28 U.S.C. § 1404(a) (D.I. 18) is **GRANTED**.

_____
UNITED STATES DISTRICT JUDGE